No. 22-7054

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

v.

**ZACKARY ELLIS SANDERS,**

*Defendant-Appellant.*

Appeal from the United States District Court
for the Eastern District of Virginia (No. 1:20-cr-00143-TSE)

## APPELLANT'S NOTICE TO WITHDRAW HIS UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE FOR RECONSIDERATION *EN BANC*

Nina J. Ginsberg
DiMuroGinsberg, P.C.
1001 N. Fairfax Street
Suite 510
Alexandria, VA 22314
Tel.: (703) 684-4333
nginsberg@dimuro.com

Appellant hereby withdraws his Unopposed Motion for Extension of Time to Move for Reconsideration *En Banc* (Doc. 64) as this matter is a civil case allowing forty-five (45) days to file said motion. The Government has been notified of appellant's intent to withdraw this motion.

Dated:  July 19, 2024                              Respectfully submitted,

*/s/ Nina J. Ginsberg*_____
Nina J. Ginsberg
DiMuroGinsberg, P.C.
1001 N. Fairfax Street, Suite 510
Alexandria, VA 22314
Tel.: (703) 684-4333
nginsberg@dimuro.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically transmitted the attached document to the Clerk of the Court of the Fourth Circuit Court of Appeals using the ECF System of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Nina J. Ginsberg*
Nina J. Ginsberg

## CERTIFICATE OF COMPLIANCE

1. This notice complies with the type-volume limitation of FED. R. APP. P. 27(d)(2)(A) because it contains 315 words, excluding the parts of the notice exempted by FED. R. APP. P. 32(f).

2.  Pursuant to FED. R. APP. P. 27(d)(1)(E), this notice complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Nina J. Ginsberg*
Nina J. Ginsberg
