FILED: September 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7054
(1:20-cr-00143-TSE-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge King, and Judge Benjamin.

For the Court

/s/ Nwamaka Anowi, Clerk